

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00236-CR

| | | |
|---|---|---|
| Petrie Marquette Robinson | § | From the 158th District Court |
| | § | of Denton County (F-2008-0468-B) |
| v. | § | August 4, 2016 |
| | § | Opinion by Justice Walker |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Sue Walker
         Justice Sue Walker